Anthony W. Bartels, Attorney, Jonesboro, AR, Eugene Gregory Wallace, Campbell University School of Law, Raleigh, NC, for Plaintiff–Appellant.

Stacey E. McCord, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, Michael McGaughran, Una McGeehan, Eric Bradford Tucker, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, for Defendant–Appellee.

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Judy Smith appeals the district court's[1] order affirming the Commissioner's denial of disability insurance benefits and supplemental security income after her hearing before an administrative law judge (ALJ). For reversal, Smith argues that the ALJ's decision is not supported by substantial evidence on the record as a whole, because the ALJ's adverse credibility finding is belied by the objective medical evidence, her treatment history, and her limited daily activities. Following careful de novo review, we reject this argument and affirm. See Lowe v. Apfel, 226 F.3d 969, 971–72 (8th Cir. 2000). The ALJ considered requisite factors under Polaski v. Heckler, 739 F.2d 1320, 1322 (8th Cir. 1984), and gave multiple valid reasons for discrediting Smith that were supported by the record, see Lowe, 226 F.3d at 972 (where adequately explained and supported, credibility findings are for ALJ to make).

1. The Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was re-

The judgment of the district court is affirmed. See 8th Cir. R. 47B.

Elroy L. WABASHAW, Plaintiff–
Appellant

v.

Michael L. KENNY, Dir,
NDCS, Defendant

Brian Gage, Warden TSCI—in their
individual and official capacities,
Defendant–Appellee

Robert Houston, Former Dir, NDCS;
Fred Britten, Former Warden
TSCI, Defendants

Lt. Tremain, Officers—in their individual and official capacities; Ofc. Horn, in their individual and official capacities, Defendants–Appellees

Sgt. Thein, Defendant

Sgt. Lanlez, in their individual and official capacities; Stranberg, TSCI Caseworkers—in their individual and official capacities; Zweig, TSCI Caseworkers—in their individual and official capacities; Scott Frakes, in their

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

individual and official capacities; Michele Capps, in their individual and official capacities; Holley, in their individual and official capacities; Theimann, in their individual and official capacities, Defendants–Appellees.

No. 15-3423

United States Court of Appeals,
Eighth Circuit.

Submitted: May 31, 2016

Filed: June 9, 2016

Elroy L. Wabashaw, Tecumseh, NE, Pro Se.

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Nebraska inmate Elroy L. Wabashaw, formerly incarcerated at the Tecumseh State Correctional Institution, appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court conducted de novo review of the record and carefully considered Wabashaw's arguments for reversal. *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam); *Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam).

[1]. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

The judgment is affirmed. *See* 8th Cir. R. 47B.